IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTHONY MAURICE BONE EL,         )
                                 )
        Plaintiff,                )
                                 )
    v.                           )        1:21CV272
                                 )
TODD E. ISHEE, et al.,           )
                                 )
        Defendant(s).             )

**ORDER**

This matter is before this court for review of the Recommendation filed on September 15, 2021, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 3.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in the proper district. The Recommendation was served on the parties to this action on September 15, 2021, (Doc. 4). Plaintiff filed objections, (Doc. 6), to the Recommendation. Plaintiff also filed a motion for appointment of counsel. (Doc. 5.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or

modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation. In light of adopting the Recommendation and dismissing this action without prejudice, Plaintiff's motion for appointment of counsel will be denied as moot.[1]

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that that this action be filed and dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms and in the proper district, correcting defects set out in the Order and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's motion for appointment of counsel, (Doc. 5), is **DENIED AS MOOT.**

---

[1] Attached to Plaintiff's motion is a request for "any and all copies of motions and exhibits that have been filed" in this matter. (See Doc. 5-2.) Plaintiff has no right to have the court provide him with free copies of the requested items.

- 2 -

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of December, 2021.

_____
United States District Judge